

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00121-CR

———————————————

SERGIO ALBERTO RICO, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1556089D

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Sergio Alberto Rico filed a pro se notice of appeal from the trial court's March 14, 2019 judgment convicting him of possession of one or more but less than four grams of methamphetamine and assessing his sentence at three years' confinement. The judgment and signed, written plea admonishments show that appellant and the State entered into a plea bargain and that the trial court followed the recommended punishment. The certification of appellant's right of appeal also indicates that the judgment resulted from a plea bargain, that appellant has no right of appeal, and that he waived the right of appeal. The plea admonishments reflect that appellant waived the right of appeal. Appellant did not respond to our inquiry asking whether a reason exists for continuing the appeal.

Because the trial court's judgment resulted from a plea bargain and because appellant waived the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 13, 2019